UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2024 NOV 20 PM 3:09

__Lorick__

__plaintiff__

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

The City municipality employees
Employees ,officers, ,representatives,
supervisors of State of New York
Dept of Parolee Community Supervision
Colin Kowlessar Parole officer Chico,
Valerio, Gonzalez,Nelson ,Sterling et all
et all others in official ,individual
capacities policy considerrations

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

1983-1985 -1986
7th Amend. US Cons.Jury
trial demand
Fed R Civ 38
individual  -official
capacity

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Bruce | | Lorick |
|---|---|---|
| First Name | Middle Initial | Last Name |

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

**349-24-01607**

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

**North Infirmary Command       N.I.C.**
Current Place of Detention

**1500 Hazen ST East Elmhurst   NY       11370**
Institutional Address

                        (above as listed)

County, City                    State              Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other:          **Parole   detained**

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: From New York State Dpet of Parole & Community Supervision
Parole Officer Kowlessar
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 2: Parole Officer Chico
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 3: Parole Officer Valerio & Nelson
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 4: Parole Officer Gonzalez & Sterling et all
First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _76 E 127 St  NYNY_

Date(s) of occurrence: _upon belief April 24th 2024_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.     Pleae  Note  ; No  warrant  was  issued
                                   by Senior Parole
                                   No body cam inference.(removal)

1) My name is Lorick

2) I was arrested April 24th 2024 by 9 Parole Officers at least (5 ) who participated in a unjustified, warrantless, assault, seizure of my person without provocation, reason, or cause

3) parole officers came to 76 E 127 St esidence seeking my person claiming I did not report to wit I am handicapped, have a medical condition and need (access -a -ride ) at times to wit said documentation has been provided to Parole officer Kowlessar

4) Access to"Access a Ride" can be a problem at times and Parole has basically "worked the situaition"

5) officers (Parole ) gained entry to Brownstone thru another resident & then proceeded to my area (3rd flr) where I was awakened aiming I did not report....&. I needed a drug test

6) The test was conducted where Officers took a unsanitized unsealed jar and and removed a cotton swab out and then claimed I failed a test to wit was conducted on 2nd flr after I was escorted.....

7) Here Lorick states he was not told he was under Arrest nor being arrested shoved on a bed face down and while a knee was placed in his back Lorick had his arm held back shoved around handcuffed and roughed up by officers.

8) Lorick was charged with assault, on a Parole Officer & resisting arrest to wit ultimately was dismissed by a criminal court Under" Less is More " Executive Law 259-i these charges cannot be utilized once a criminal court in advance of a final hearing dismisses . Parole has held my person well over time period for a non-technical violation ( new charge) to wit dismissed and technical violation (not reporting)) etc.....

     Upon Belief Parole Officers Kowlessar, Chico, Gonzalez, Valerio, Sterling, Nelson were directly involed

      At **NO** time did plaintiff flail arms refusing seizure...

1  A    Um-hum, yes. Because like I said, he was resisting, so it takes the team -- took
2  the team.

3  Q    Sure. So at no point did Mr. Lorick strike anyone with a closed fist?

4  A    Not with a closed fist, but like I said, he was flailing his arms, stiffening his body
5  and just throwing his elbows.

6  Q    Did he make contact with anyone with an open hand?

7  A    He made contact with PO Velaria with his hand. I'm not sure if it was open or
8  closed.

9  Q    Okay. And you explained that Mr. Lorick was eventually brought to the bed and
10 that's how you're able to arrest him. And at that point, how many officers were making
11 physical contact with Mr. Lorick's body?

12 A    Maybe four or five.

13 Q    Four or five. Okay. And were you one of those four or five?

14 A    Yes.

15 Q    And so what part of Mr. Lorick's body were you making contact with? His arms,
16 his legs, his torso?

17 A    His hands.

18 Q    His hands. Okay. Did you suffer injuries?

19 A    No.

20 Q    No. Okay. Were you carrying a gun that day? Were any other officers carrying
21 guns that day?

22          PRS WILLIAMS: Objection. Outside of the scope.

23          PHO ARRROYO: I'm going to allow it.

24          Counsel, let's stick the charge, all right?

25          MS. SLOAN: Um-hum.

1  A    Once we are on duty, we all carry our -- our firearms.

2  BY MS. SLOAN:

3  Q    Okay. And you wear a bulletproof vest?

4  A    Yes.

5  Q    Okay. But there's no body cam on those?

6       PRS WILLIAMS: Objection. Asked and answered.

7       PHO ARRROYO: Sustained.

8  BY MS. SLOAN:

9  Q    Were you aware if there was any criminal warrant out for Mr. Lorick?

10 A    I'm not aware of that.

11      PRS WILLIAMS: Objection. Outside of the scope.

12      PHO ARROYO: Counsel, I'm going to allow him to answer the question.

13 The remainder of your questions should remain to the charge. If not, we're going to

14 move on beyond this. All right?

15      MS. SLOAN: Okay.

16      PHO ARROYO: You can answer the question, Officer Kowlessar.

17 A    I wasn't aware of any.

18 BY MS. SLOAN:

19 Q    Did you inform Mr. Lorick of his rights while being arrested?

20 A    I don't recall.

21 Q    Okay. And when was the warrant issued?

22 A    The same date, which was 4/24/24.

23 Q    So the warrant was issued before or after you went to Mr. Lorick's home?

24 A    After.

25 Q    After. Okay. So after you left Mr. Lorick's home, you brought him to the parole

DF

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

```
emotional distress,   trauma,  suffering    and  loss
job  ,communities,    property   etc
```

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

```
Institute    civil  litigation   for   the   sum   of   10,000,000  million
dollars    for   false   arrest,  malicious  prosecution,   conspiracy,
perjury,   perjury,   unlawful  imprisonment,trumped   upcharges,
intentional   infliction   of   emotional   distress,,  slander
official &   individual   capcity    claims   4th,8th,14th 5th Amendment  US Cons
jurisprudence    failure   to follow     due process    under State
law of   requiring   warrant (frm ) Senior   Parole   Officer    before
seizure    policy   considerations   ,supervisory   failure    to trian
restarint   ,liberty    infringment
```

