

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

March 24, 2025

**By ECF**
Judge Jeannette A. Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., New York, NY
10007-1312

    Re:    *Lorick v. Kowlessar et al.*, 24-cv-06678-JAV

Dear Judge Vargas:

    The Office of the New York State Attorney General represents Defendants Parole Officer Nelson, Parole Officer Valerio, and Parole Officer Gonzalez in this Section 1983 action regarding claims of assault, false arrest, malicious prosecution, conspiracy, perjury, unlawful imprisonment, intentional infliction of emotional distress, 4th, 5th, 8th, 14th Amendment violations, and supervisory failure to train. Parole Officer Gonzalez's answer is due March 27, 2025, (*Dkt. 13*), while Parole Officer Nelson and Parole Office Valerio's answers are due April 2, 2025, (*Dkt. 14 and 15*). The other three Defendants have yet to be served. As we continue to work out the remaining Defendants representation and wait for them to be served, I respectfully request that the answer date for all Defendants be the answer date of the last served Defendant so as to avoid piecemeal litigation. Further, I note for Your Honor that Plaintiff Bruce Lorick has absconded from parole and his current whereabouts are unknown. Accordingly, I am unable to get his consent for this request. Thank you for your attention to these matters. A copy of this was sent by mail to Bruce Lorick on the address he listed on the docket.

    Sincerely,

    By: /s/ *Christopher J. Byrne*
        Christopher J. Byrne
        Assistant Attorney General
        Office of the New York State Attorney General
        28 Liberty Street
        New York, NY 10005
        212-416-8687
        Christopher.Byrne@ag.ny.gov

Judge Vargas <span style="float:right">Page 2 of 2</span>
March 24, 2025

<u>**Via Mail**</u>

**Bruce Lorick**
1430 Amsterdam Ave
Apt 8k
New York, NY 10027
646-961-0832
PRO SE