UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lorick,

                              Plaintiff,

            - against -

The City Municipality Employees, officers, represented supervisions of State of New York Dept. of Parole Community Supervision, Parole Officer Colin Kowlessar, Parole Officer Chico, Parole Officer Valerio, Parole Officer Nelson, Parole Officer Gonzalez, Parole Officer Sterling, all in others in official, individual capacities policy considerations.

                             Defendants.

------------------------------------------------------------X

24-cv-08917-JAV

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and all other prior pleadings and proceedings herein, Defendants will move at a date to be set by the Court for an Order, pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure and because of qualified immunity, dismissing the Complaint with prejudice, and for such other further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** opposition papers must be served upon undersigned counsel at a date set by the court, and the reply is due at a date set by the court.

Dated: New York, New York
        May 16, 2025

                                        LETITIA JAMES
                                        New York State
                                        Attorney General
                                        *Attorney for Defendants*

                                        By: /s/ *Christopher J. Byrne*
                                        Christopher J. Byrne

                                    Assistant Attorney General
                                    Office of the New York State
                                    Attorney General
                                    28 Liberty Street
                                    New York, NY, 10005
                                    212-416-8687,
                                    Christopher.Byrne@ag.ny.gov

**VIA MAIL:**

**Bruce Lorick**
1430 Amsterdam Ave
Apt 8k
New York, NY 10027
646-961-0832
PRO SE