UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRUCE LORICK,

                Plaintiff                 24-CV-08917 (JAV)

     -v-                               ORDER

PAROLE OFFICER KOWLESSAR, et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On May 16, 2025, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that, Plaintiff shall file any amended complaint by **June 19, 2025**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by three (3) weeks after the new motion to dismiss if filed, and any reply shall be filed within one (1) week of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **June 19, 2025**, and Defendant shall file any reply by **June 26, 2025**.

SO ORDERED.

Dated: May 29, 2025
       New York, New York                                     JEANNETTE A. VARGAS
                                                              United States District Judge