UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRUCE LORICK,

                Plaintiff,                              24-CV-08917 (JAV)

       -v-                                          ORDER TO SHOW
                                                           CAUSE

PAROLE OFFICER KOWLESSAR, et al.,

                Defendants.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        On May 16, 2025, Defendants filed a motion to dismiss the Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure. *See* ECF No. No. 25. Plaintiff has not submitted an opposition to this motion, which was due by June 19, 2025. See ECF No. 28.

        Accordingly, it is hereby ORDERED that by **August 12, 2025**, Plaintiff shall show good cause in writing why Defendants' motion should not be deemed unopposed. Failure to show such good cause (or otherwise indicate an intention to proceed with the lawsuit) may result in Defendants' motion being granted as unopposed or in dismissal of the case for abandonment or failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: August 4, 2025
       New York, New York                                JEANNETTE A. VARGAS
                                                        United States District Judge